**No. 58084.**—Dodge & Olcott, Inc., et al. *v.* United States, protests 216243–K, etc. (New York).

491

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiffs was sustained.